# Supreme Court of Florida

THURSDAY, AUGUST 13, 2020

**CASE NO.: SC17-2244**
Lower Tribunal No(s).:
162008CF002887AXXXMA

RAYMOND BRIGHT          vs.          STATE OF FLORIDA

Appellant(s)                                    Appellee(s)

Appellant's Motion for Rehearing is hereby denied.

CANADY, C.J., and POLSTON, LAWSON, and MUÑIZ, JJ., concur.
LABARGA, J., concurs with an opinion.
COURIEL, J., did not participate.

LABARGA, J., concurring.

Because Bright's motion for rehearing reargues issues already addressed and does not raise any points of law or fact that this Court has overlooked or misapprehended, I must concur with the majority to deny the motion for rehearing. However, I remain firmly committed to my dissent in *State v. Poole*, 45 Fla. L. Weekly S41, S51-52 (Fla. Jan. 23, 2020) (Labarga, J. dissenting), *clarified*, 45 Fla. L. Weekly S121 (Fla. Apr. 2, 2020), and to my position that the opinion was wrongly decided.

**CASE NO.:** SC17-2244
Page Two


A True Copy
Test:



John A. Tomasino
Clerk, Supreme Court


so
Served:

CHARMAINE M. MILLSAPS
A. VICTORIA WIGGINS
JASON W. RODRIGUEZ
HON. RONNIE FUSSELL
HON. MARK H. MAHON
HON. RUSSELL L. HEALEY
BERNARDO ENRIQUE DE LA RIONDA